```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  IAN L. GARRIQUES
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for the
 6  United States of America
 7
 8          IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   ) Case No. 01:09-CR-00364-LJO
                                )
12            Plaintiff,        ) MOTION AND ORDER TO DISMISS
                                ) INDICTMENT
13       v.                     )
                                )
14  RICARDO JIMENEZ-SALAZAR,    )
                                )
15            Defendant.        )
    _____)
16
17       Pursuant to Federal Rule of Criminal Procedure 48(a),
18  Plaintiff United States of America, by and through its attorneys
19  of record, BENJAMIN B. WAGNER, United States Attorney, and IAN L.
20  GARRIQUES, Assistant United States Attorney, hereby moves to
21  dismiss the indictment in this case without prejudice in the
22  interest of justice.
23  DATED: July 31, 2012            Respectfully submitted,
                                    BENJAMIN B. WAGNER
24                                  United States Attorney
25                             By:  /s/ Ian L. Garriques
                                    IAN L. GARRIQUES
26                                  Assistant U.S. Attorney
27
28
                                 1
```

**ORDER**

**IT IS HEREBY ORDERED** that the indictment in this case be dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

**Dated:   July 31, 2012**                         **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE